Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPY KRUCKENBERG, an individual,<br><br>Plaintiff<br><br>v.<br><br>THE McKELLAR GROUP, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 3:14-cv-01409-BEN-RBB<br><br>**Joint Motion to Dismiss** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 7.2, the parties hereby jointly move the Court to dismiss this action with prejudice. Each party to bear its own costs and fees.

DATE: April 20, 2016                    BY:/s/Jeremy S. Golden_____
                                            Jeremy S. Golden
                                            Attorney for Plaintiff

DATE: April 20, 2016              BY: /s/ Edward T. Weber_____
                                                                             Edward T. Weber
                                                                             Attorney for Defendant

## **SIGNATURE CERTIFICATION**

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable Edward T. Weber and that I have obtained counsel's authorization to affix his electronic signatures to this document.

DATE: April 20, 2016              BY:/s/Jeremy S. Golden_____
                                                                             Jeremy S. Golden
                                                                             Attorney for Plaintiff