FILED
APR 29 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _a Ce_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPY KRUCKENBERG,<br><br>Plaintiff,<br><br>v.<br><br>THE McKELLAR GROUP, LLC,<br><br>Defendant. | Case No.: 14-cv-1409-BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Before this Court is a Joint Motion to Dismiss with Prejudice, filed by Plaintiff Kippy Kruckenberg and Defendant The McKellar Group, LLC. (Docket No. 25.) For good cause shown, the Joint Motion is **GRANTED**. The Case is **DISMISSED WITH PREJUDICE**. Each Party shall bear its own fees and costs. The Clerk may close the case.

**IT IS SO ORDERED.**

Dated: April 29, 2016

HON. ROGER T. BENITEZ
United States District Judge

1

14cv1409